**MODIFY and AFFIRM; and Opinion Filed February 25, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00786-CR

**TRAMETRIA DENISE BALDWIN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-52087-P**

## MEMORANDUM OPINION

Before Justices Lang, Stoddart, and Schenck
Opinion by Justice Schenck

Trametria Denise Baldwin appeals her conviction, following the adjudication of her guilt, for robbery. *See* TEX. PENAL CODE ANN. § 29.02(a) (West 2011). The trial court assessed punishment at eight years' imprisonment. In three issues, appellant contends the trial court's judgment adjudicating guilt should be modified to show there was no plea bargain agreement and to reflect the correct names of the prosecutor and defense attorney at the adjudicating hearing. We modify the trial court's judgment adjudicating guilt and affirm as modified.

The judgment adjudicating guilt recites plea bargain terms as "8 years penitentiary." The record, however, shows appellant pleaded true to the motion to adjudicate without the benefit of

a plea bargain. Additionally, the judgment incorrectly identifies the attorney for the State as Jerry Varney and the attorney for appellant as Laura Barzune. The record shows that Meredith Behgooy represented the State and Harry Ingram represent appellant at the adjudication hearing. Thus, the judgment is incorrect. We sustain appellant's three issues.

We modify the judgment adjudicating guilt to show (1) the attorney for the State is "Meredith Behgooy;" (2) the attorney for defendant is "Harry Ingram;" and (3) to delete "8 years Penitentiary" from the "terms of plea bargain" section. *See* TEX. R. APP. P. 43.2(b); *Bigley v. State*, 865 S.W.2d 26, 27–28 (Tex. Crim. App. 1993); *Asberry v. State*, 813 S.W.2d 526, 529–30 (Tex. App.—Dallas 1991, pet. ref'd).

As modified, we affirm the trial court's judgment adjudicating guilt.

/David Schenck/

DAVID SCHENCK
JUSTICE

Do Not Publish
TEX. R. APP. P. 47

140786F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

TRAMETRIA DENISE BALDWIN,
Appellant

No. 05-14-00786-CR     V.

THE STATE OF TEXAS, Appellee

Appeal from the 203rd Judicial District
Court of Dallas County, Texas (Tr.Ct.No.
F12-52087-P.
Opinion delivered by Justice Schenck,
Justices Lang and Stoddart participating.

Based on the Court's opinion of this date, the trial court's judgment adjudicating guilt is **MODIFIED** as follows:

The section entitled "Attorney for State" is modified to show "Meredith Behgooy."

The section entitled "Attorney for Defendant" is modified to show "Harry Ingram."

Delete "8 Years Penitentiary" from section entitled "Terms of Plea Bargain."

As modified, we **AFFIRM** the trial court's judgment adjudicating guilt.

Judgment entered February 25, 2015.